```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 JUN 13 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DOUGLASS BENNETT, SR., | NO. ED CV 08-708-RSWL(E) |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| STATE OF CALIFORNIA; M.E. POULOS, Warden, | |
| Respondents. | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on May 23, 2008. The Petition challenges Petitioner's conviction in San Bernardino Superior Court case number FCH03156. Petitioner previously challenged this same conviction in a prior habeas corpus petition filed in this Court. See Bennett v. Rosario, ED CV 02-767-GHK(E). On April 25, 2003, this Court entered Judgment in Bennett v. Rosario, ED CV 02-767-GHK(E), denying and dismissing the prior petition on the merits with prejudice.

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and

1  Effective Death Penalty Act of 1996"). Section 2244(b) requires that
2  a petitioner seeking to file a "second or successive" habeas petition
3  first obtain authorization from the court of appeals. See Burton v.
4  Stewart, 549 U.S. 147, 127 S. Ct. 793, 799 (2007) (where petitioner
5  did not receive authorization from Court of Appeal before filing
6  second or successive petition, "the District Court was without
7  jurisdiction to entertain [the petition]"); Barapind v. Reno, 225 F.3d
8  1100, 1111 (9th Cir. 2000) ("the prior-appellate-review mechanism set
9  forth in § 2244(b) requires the permission of the court of appeals
10 before 'a second or successive habeas application under § 2254' may be
11 commenced"); Harris v. Felker, 2007 WL 1599990 (E.D. Cal. June 4,
12 2007), report and recommendation adopted, 2007 WL 2326055 (E.D. Cal.
13 Aug. 14, 2007) (dismissing petition which challenged same conviction
14 challenged in previous petition, where petitioner had not obtained
15 authorization from Court of Appeal to file second or successive
16 petition). Petitioner evidently has not yet obtained authorization
17 from the Ninth Circuit Court of Appeals. Consequently, this Court
18 cannot entertain the present Petition. See Burton v. Stewart, 127 S.
19 Ct. at 799; see also Dews v. Curry, 2008 WL 590476, at *3 (E.D. Cal.
20 Feb. 29, 2008) (without Court of Appeals' authorization, "this court
21 lacks jurisdiction to consider the petition").
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  For all of the foregoing reasons, the Petition is denied and
2  dismissed without prejudice.

4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: _____June 12_____, 2008.

**RONALD S.W. LEW**
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

PRESENTED this 11th day of
June, 2008, by:

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE