```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                      JUN 13 2008

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DOUGLASS BENNETT SR., ) | NO. ED CV 08-708-RSWL(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| STATE OF CALIFORNIA; ) M.E. POULOS, Warden, ) | |
| Respondents. ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____June 12,_____, 2008.

RONALD S.W. LEW
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE